# EXHIBIT A

Exhibit A



## Application Detail  back                              Denied



|  |  |  |
|---|---|---|
|  | Steven Charles Thomas |  |
|  | None |  |
|  |  | 847-537-3681 |
|  | IL | 847-721-4935 |
|  |  | cnwfan@comcast.net |
|  | White | 34610744 |
|  | Blond Or Strawberry | Driver's/Operator's License |
| Gender Male | Blue |  |
| Height 5'8" | LS11058L77544017 | IL |
| Weight 150 | Yes |  |
|  | IL |  |

### Addresses

| From | To |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| 06/1997 | Present | 477 GLENDALE RD | Buffalo Grove | IL | 60089 | Cook | US |

### Uploaded Documents

CCW Training Certificate.jpg

### Criminal History Questions

**No** — Have you ever been found guilty of a felony?

**No** — Within the past 5 years (preceding the date of this application), have you been convicted or found guilty in this State or any other state of a misdemeanor involving the use or threat of physical or violent to any person?

**No** — Within the past 5 years (preceding the date of this application), have you been convicted of a battery, assault, aggravated assault, violation of an order of protection, or a substantially similar offense in which a firearm was used or possessed?

**No** — Have you ever been convicted of domestic battery (felony or misdemeanor), aggravated domestic battery or a substantially similar offense?

**No** — Have you ever been adjudicated a delinquent minor for the commission of an offense that if committed by an adult would be a felony?

**No** — Are you currently the subject of pending arrest warrants, prosecution, or proceeding for an offense or action that could lead to the disqualification to own or possess a firearm?

**No** — Are you currently the subject of an existing Order of Protection or No Contact/No Stalking Order?

**No** — Within the past 5 years (preceding the date of this application), have you been in residential or court-ordered treatment for alcoholism, alcohol detoxification, or alcohol treatment?

**No** — Within the previous year, have you failed a drug test for a drug for which you did not have a prescription?

**No** — Within the past year (preceding the date of this application), have you used or been addicted to any controlled substance or narcotics in violation of state or federal law?

**No** — Are you a medical marijuana patient registry card holder?

**No** — Within the past 5 years (preceding the date of this application) have you been convicted or found guilty in this State or any other state of 2 or more violations related to driving while under the influence of alcohol, other drug or drugs, intoxicating compound or compounds, or any combination thereof?

**No** — Within the past 5 years (preceding the date of this application) have you been a patient in a mental institution or any part of a medical facility for the treatment of mental illness?

**No** — Have your ever been adjudicated by a court as a mental defective or ordered by a court, board or authorized entity to an in-patient or out-patient mental health?

**No** — Are you intellectually or developmentally disabled?