# EXHIBIT B



## ILLINOIS STATE POLICE
*Division of Administration*

Pat Quinn
*Governor*

Hiram Grau
*Director*

March 19, 2014

STEVEN CHARLES THOMAS
477 GLENDALE RD
BUFFALO GROVE, IL 60089

Dear STEVEN CHARLES THOMAS
Re: Concealed Carry License Application #29538

    In reviewing your application for a Concealed Carry License, the Illinois State Police received an objection to your eligibility from a law enforcement agency. The objection(s) has been submitted to the Concealed Carry Licensing Review Board. Pursuant to 430 ILCS 66/20, the Board shall issue a decision within 30 days of receipt of the objection unless the Board notifies you and the Department that it needs an additional 30 days to issue a decision. You will be notified by the Department when the Board has issued a decision on your eligibility.

                                                                Jessica Trame
                                                           Bureau Chief - Firearms Services



Firearms Services Bureau
801 South Seventh Street • Suite 400-M
Springfield, IL 62703
(217) 782-7980 (voice) • 1 (800) 255-3323 (TDD) • Fax: FOID (217) 782-9139 • FTIP (217) 782-4257
www.illinois.gov • www.isp.state.il.us