**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Illinois State Rifle Assoc. and Steven Thomas v. Hiram Grau, as Director of the Il. Dept. of State Police; Sergio Acosta, Bryant, Robinzina Bryant, James Cavanaugh, Virginia Wright; Patrick John Chesley, John Diwik, G. Patrick Murphy, as Members of the Ill. Concealed Carry Licensing Review Board | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Illinois State Rifle Association and Steven Thomas

| NAME (Type or print) |
|---|
| William N. Howard |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ William N. Howard |

| FIRM |
|---|
| Locke Lord LLP |

| STREET ADDRESS |
|---|
| 111 South Wacker Drive |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6190114 | 312-443-0333 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐