**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ILLINOIS STATE RIFLE ASSOCIATION and STEVEN THOMAS, <br><br> Plaintiffs, <br><br> v. <br><br> HIRAM GRAU, in his official capacity as Director of the Illinois Department of State Police, SERGIO ACOSTA, in his official capacity as Member of the Concealed Carry Licensing Review Board, ROBINZINA BRYANT, in her official capacity as Member of the Concealed Carry Licensing Review Board, JAMES CAVANAUGH, in his official capacity as Member of the Concealed Carry Licensing Review Board, VIRGINIA WRIGHT, in her official capacity as Member of the Concealed Carry Licensing Review Board, JOHN CHESLEY, in his official capacity as Member of the Concealed Carry Licensing Review Board, JOHN DIWIK, in his official capacity as Member of the Concealed Carry Licensing Review Board, and G. PATRICK MURPHY, in his official capacity as Member of the Concealed Carry Licensing Review Board, <br><br> Defendants. | Filed: April 28, 2014 <br><br> Civil Action No. _____ |

## L.R. 3.2 NOTIFICATION OF AFFILIATES

Pursuant to L.R. 3.2 of the United States District Court for the Northern District of Illinois, Plaintiff Illinois State Rifle Association, a non-profit corporation, hereby states that it has no publicly held affiliates.

Dated: April 28, 2014                                   Respectfully submitted,

                                                        s/ William N. Howard
Charles J. Cooper*                                      William N. Howard
David H. Thompson*                                      Keith L. Gibson
Peter A. Patterson*                                     LOCKE LORD LLP
COOPER & KIRK, PLLC                                     111 South Wacker Drive
1523 New Hampshire Avenue, N.W.                         Chicago, Illinois 60606
Washington, D.C. 20036                                  (312) 443-0333
(202) 220-9600                                          whoward@lockelord.com
ccooper@cooperkirk.com
*Pro hac vice application forthcoming

*Attorneys for Plaintiffs*