AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ILLINOIS STATE RIFLE
ASSOCIATION and STEVEN THOMAS,
    Plaintiffs

CASE NUMBER:    14 CV 3064

V.
HIRAM GRAU, in his official capacity as
Director of the Illinois State Police,
et al.,
    Defendants

ASSIGNED JUDGE: Honorable Joan Lefkow

DESIGNATED
MAGISTRATE JUDGE: Magistrate Sheila Finnegan

TO: (Name and address of Defendant)
Robinzina Bryant, in her official capacity as
Member of the Concealed Carry Licensing Review Board
c/o Illinois State Police
801 South 7th Street, Suite 100-M
Springfield, Illinois 62703

**YOU ARE HEREBY SUMMONED**     (name and address)
Mr. William N. Howard
Mr. Keith L. Gibson
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you,     **21**     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*(signature)*

(By) DEPUTY CLERK



April 29, 2014

DATE



*72032*

Law firm ref#:

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**ILLINOIS STATE RIFLE ASSOCIATION AND STEVEN THOMAS,**

        Plaintiff(s),

vs.

**HIRAM GRAU, in his official capacity as Director of the Department of State Police, et al.,**

        Defendant(s).

Case No.: 14 CV 03064



## AFFIDAVIT OF SPECIAL PROCESS SERVER

<u>Scott Pritts</u>, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I have been appointed by the court to serve process in the above mentioned cause and/or am a special appointed process server, a licensed private investigator, and/or an employee/agent of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

INDIVIDUAL/ENTITY TO BE SERVED: **Robinzina Bryant, in her official capacity as member of the Concealed Carry Licensing Review Board**

I, Served the within named defendant on April 30, 2014 @ 11:13 AM

CORPORATE SERVICE: by leaving a copy of this process with **Linda Rebman**. (Title): **Assistant Administrator #2**, a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Summons In a Civil Case and Complaint For Declatory and Injunctive Relief**

ADDRESS WHERE SERVED: **c/o Illinois State Police, 801 S. 7th St., Suite 100-M, Springfield, IL 62703**

The sex, race and approximate age of the INDIVIDUAL with whom the copy of this process was left is as follows:

Sex: **Female** – Skin: **Caucasian** – Hair: **Black** – Approx. Age: **50-55** – Height: **5ft 05in** – Weight: **140 lbs**

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

_____
Scott Pritts

State of _Illinois_

County of _Sangamon_

This instrument was subscribed and sworn to before me on _5/2/14_ (date)
By _Scott Pritts_ (name/s of person/s)

_____
Signature of Notary Public

MARGARET M WOOD
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
February 24, 2018

ATG LegalServe Inc
1 South Wacker Drive, 24th Floor
Chicago, IL 60606
312.752.1992