UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case No. 014 C 3064

Il State Rifle Association, et al., Plaintiffs,     Judge Lefkow

v.

Hiram Grau, *et al*, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Hiram Grau, Serio Acosta, Robinzina Bryant, James Cavanaugh, John Chesley, John Diwik, G. Patrick Murphy, and Virginia Wright.

| | |
|---|---|
| SIGNATURE     s/ Sunil Bhave | |
| FIRM     Illinois Attorney General's Office | |
| STREET ADDRESS     100 W. Randolph St., 13th Floor | |
| CITY/STATE/ZIP     Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)     6285750 | TELEPHONE NUMBER     (312) 814-4450 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X     NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐     NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X     NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES X     NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.     RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |