IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS STATE RIFLE ASSOCIATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 14-3064 |
| v. | ) ) | JUDGE LEFKOW |
| HIRAM GRAU, et al., | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF UNOPPOSED MOTION**

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that I have filed the Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Plead this day with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. A copy of said document is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Lefkow or before such other Judge sitting in her stead, on the 5th day of June, 2014 at 11:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED** at Chicago, Illinois this 20th day of May, 2014.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:_____/s/ *Sunil Bhave*_____
Sunil Bhave
Assistant Attorney General
Attorney for Defendant

Office of the Illinois Attorney General
100 W. Randolph St., 13 Fl.
Chicago, Illinois 60601
(312) 814-4450
Fax: (312) 814-4425

## CERTIFICATE OF SERVICE

    I, Sunil Bhave, hereby certify that I have caused a true and correct copy of the above and foregoing Notice of Unopposed Motion to be sent via e-filing to all counsel of record on May 20, 2014, in accordance with the rules on electronic filing of documents.

      _____/s/ *Sunil Bhave*_____
      SUNIL BHAVE
      Assistant Attorney General