## ATTACHMENT

**Designated Local Counsel:**

William N. Howard
Keith L. Gibson
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
(312) 443-0333
whoward@lockelord.com

**Admissions:**

| Attorney | Court | Date of Admission | Bar Number |
|---|---|---|---|
| **Charles J. Cooper** | | | |
| | State of Alabama | 09/22/77 | 2244/P64C |
| | State of Georgia | 11/13/79 | 185287 |
| | District of Columbia | 01/26/79 | 248070 |
| | | | |
| | U.S. District Court for: | | |
| | District of Columbia | 12/02/91 | 248070 |
| | | | |
| | U.S. Court of Appeals: | | |
| | First Circuit | 11/24/04 | 74137 |
| | *Second Circuit | 04/21/14 | N/A |
| | Third Circuit | 09/25/92 | N/A |
| | Fourth Circuit | 07/19/91 | N/A |
| | Fifth Circuit | 01/11/83 | N/A |
| | Sixth Circuit | 07/25/91 | N/A |
| | Seventh Circuit | 10/13/00 | N/A |
| | Eighth Circuit | 03/02/93 | N/A |
| | Ninth Circuit | 02/14/96 | N/A |
| | Tenth Circuit | 01/24/92 | N/A |
| | Eleventh Circuit | 09/04/02 | N/A |
| | District of Columbia Circuit | 06/22/83 | 33889 |
| | Federal Circuit | 08/17/92 | N/A |
| | | | |
| | U.S. Court of Federal Claims | 01/12/90 | N/A |
| | | | |
| | United States Supreme Court | 10/16/82 | N/A |

*I was transferred to inactive status in the Second Circuit Court of Appeals because I did not renew my membership. I have since reapplied for admission and am currently a member in good standing.