**ATTACHMENT**

**Designated Local Counsel:**

William N. Howard
Keith L. Gibson
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606
(312) 443-0333
whoward@lockelord.com

**Admissions:**

| Attorney | Court | Date of Admission | Bar Number |
|---|---|---|---|
| **David H. Thompson** | | | |
| | State of New York | 08/07/95 | 2701365 |
| | District of Columbia | 04/01/96 | 450503 |
| | | | |
| | U.S. District Court for: | | |
| | District of Columbia | 02/02/98 | 450503 |
| | Northern District of Florida | 06/17/08 | 450503-DC |
| | | | |
| | U.S. Court of Appeals: | | |
| | *Second Circuit | 04/14/14 | N/A |
| | Third Circuit | 02/03/04 | N/A |
| | Fourth Circuit | 09/25/02 | N/A |
| | Fifth Circuit | 02/26/09 | N/A |
| | Sixth Circuit | 08/24/07 | N/A |
| | Seventh Circuit | 04/06/12 | N/A |
| | Ninth Circuit | 02/10/97 | N/A |
| | Eleventh Circuit | 08/30/12 | N/A |
| | Federal Circuit | 11/14/00 | N/A |
| | | | |
| | U.S. Court of Federal Claims | 12/20/96 | N/A |
| | | | |
| | United States Supreme Court | 11/16/98 | N/A |

*I was transferred to inactive status in the Second Circuit Court of Appeals because I did not renew my membership. I have since reapplied for admission and am currently a member in good standing.