## ATTACHMENT

**Designated Local Counsel:**

William N. Howard
Keith L. Gibson
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606
(312) 443-0333
whoward@lockelord.com

**Admissions:**

| Attorney | Court | Date of Admission | Bar Number |
|---|---|---|---|
| **Peter A. Patterson** | | | |
| | Supreme Court of Ohio | 11/06/06 | 0080840 |
| | District of Columbia | 01/07/11 | 998668 |
| | | | |
| | U.S. District Court for: | | |
| | Southern District of Ohio | 07/06/10 | N/A |
| | District of Columbia | 08/05/13 | 998668 |
| | | | |
| | U.S. Court of Federal Claims | 07/22/2013 | N/A |
| | | | |
| | U.S. Court of Appeals: | | |
| | Second Circuit | 04/14/14 | N/A |
| | Fourth Circuit | 05/10/11 | N/A |
| | Fifth Circuit | 11/20/11 | N/A |
| | Sixth Circuit | 12/10/06 | N/A |
| | Seventh Circuit | 04/06/12 | N/A |
| | Ninth Circuit | 08/12/10 | N/A |
| | Eleventh Circuit | 08/22/12 | N/A |
| | Federal Circuit | 10/22/10 | N/A |
| | | | |
| | United States Supreme Court | 02/19/13 | N/A |