# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Illinois State Rifle Association, et al.

                      Plaintiff,

v.                                        Case No.: 1:14−cv−03064
                                            Honorable Joan H. Lefkow

Hiram Grau, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2014:

       MINUTE entry before the Honorable Joan H. Lefkow:Motion of Charles Justin Cooper for leave to appear pro hac vice on behalf of Plaintiffs Illinois State Rifle Association and Steven Thomas [18] is granted. Motion of David Henry Thompson for leave to appear pro hac vice on behalf of Plaintiffs Illinois State Rifle Association and Steven Thomas [20] is granted. Motion of Peter Andrew Patterson for leave to appear pro hac vice on behalf of Plaintiffs Illinois State Rifle Association and Steven Thomas [21] is granted.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.