# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Illinois State Rifle Association, et al.

                                      Plaintiff,

v.                                                              Case No.: 1:14–cv–03064

                                                                                 Honorable Joan H. Lefkow

Hiram Grau, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2014:

      MINUTE entry before the Honorable Joan H. Lefkow:Defendants' motion for extension of time to 6/25/2014 to answer or otherwise plead to the complaint [16] is granted. Motion is removed from the court's call of 6/5/2014 and will not be called in court. Status hearing is set for 7/10/2014 at 11:00 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.