IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS STATE RIFLE ASSOCIATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 14-3064 |
| v. | ) ) | JUDGE LEFKOW |
| HIRAM GRAU, et al., | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   ALL COUNSEL OF RECORD

   **PLEASE TAKE NOTICE** that I have filed the Defendants' Motion to Dismiss Pursuant to Rule 12(b)(1) this day with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. A copy of said document is attached hereto and herewith served upon you.

   **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Lefkow or before such other Judge sitting in her stead, on the 1st day of July, 2014 at 11:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

   **DATED** at Chicago, Illinois this 25th day of June, 2014.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:_____/s/ *Sunil Bhave*_____
Sunil Bhave
Assistant Attorney General
Attorney for Defendant

Office of the Illinois Attorney General
100 W. Randolph St., 13 Fl.
Chicago, Illinois 60601
(312) 814-4450
Fax: (312) 814-4425

**CERTIFICATE OF SERVICE**

    I, Sunil Bhave, hereby certify that I have caused a true and correct copy of the above and foregoing Notice of Motion to be sent via e-filing to all counsel of record on June 25, 2014, in accordance with the rules on electronic filing of documents.

_____/s/ *Sunil Bhave*_____
SUNIL BHAVE
Assistant Attorney General