**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ILLINOIS STATE RIFLE ASSOCIATION, et al., | ) ) ) ) Case No: 14-cv-3064 |
| Plaintiffs, | ) Judge Joan H. Lefkow ) |
| v. | ) ) |
| HIRAM GRAU, et al., | ) ) |
| Defendants. | ) |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss this action without prejudice.

Dated: July 22, 2014                                Respectfully submitted,

| | |
|---|---|
| William N. Howard | s/ Charles J. Cooper |
| Keith L. Gibson | Charles J. Cooper* |
| LOCKE LORD LLP | David H. Thompson* |
| 111 South Wacker Drive | Peter A. Patterson* |
| Chicago, Illinois 60606 | COOPER & KIRK, PLLC |
| (312) 443-0333 | 1523 New Hampshire Avenue, N.W. |
| whoward@lockelord.com | Washington, D.C. 20036 |
| | (202) 220-9600 |
| | ccooper@cooperkirk.com |
| | |
| | *Admitted pro hac vice |

*Attorneys for Plaintiffs*

1

2

**CERTIFICATE OF SERVICE**

    I, Charles J. Cooper, hereby certify that on this 22nd day of July, 2014, I caused a copy of the foregoing to be served by electronic filing on:

        Sunil Bhave
        Assistant Attorney General
        100 W. Randolph Street, 13th Floor
        Chicago, IL 60601
        (312) 814-4450
        sbhave@atg.state.il.us

        s/ Charles J. Cooper
          Charles J. Cooper