# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Illinois State Rifle Association, et al.

                                                  Plaintiff,

v.                                                               Case No.: 1:14−cv−03064
                                                               Honorable Joan H. Lefkow

Hiram Grau, et al.

                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2014:

      MINUTE entry before the Honorable Joan H. Lefkow:Pursuant to Plaintiffs' Notice of Voluntary Dismissal [30], case is voluntarily dismissed without prejudice. Defendants' motion to dismiss [27] is moot. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.